FILED: AUGUST 22, 2008
08CV4804
JUDGE HOLDERMAN
MAGISTRATE JUDGE MASON
EDA

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **DMH INGREDIENTS, INC.**, an Illinois corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. |
| **LATITUDE, LTD.**, a Delaware corporation, ) ) ) | |
| Defendant. ) | |

## *COMPLAINT*

Plaintiff DMH Ingredients, Inc. ("DMH"), by and through its attorneys, Daniel S. Kaplan and Marcia G. Cotler, of Kaplan & Greenswag LLC, for its Complaint against defendant Latitude, Ltd. ("Latitude") states as follows:

## **PARTIES**

1.  Plaintiff, DMH INGREDIENTS, INC. ("DMH"), a provider of ingredients for food and pharmaceutical industries, is a corporation duly incorporated in the State of Illinois with its principal place of business located at 1228 American Way, Libertyville, Illinois.

2.  Defendant, LATITUDE, LTD. ("LATITUDE"), a provider of ingredients for food industries, is a Delaware Corporation with its principal place of business located at 37 West Shore Road, Huntington, New York, 11743.

## **JURISDICTION AND VENUE**

3.  Jurisdiction is proper pursuant to 28 USC Section 1332(a), based upon diversity of citizenship of the parties.

4.  The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. LATITUDE has continuous and systematic contacts with the State of Illinois, having placed its product in the stream of commerce with the expectation that said products would be sold and/or utilized in this forum.

6. Venue is proper pursuant to 28 USC Section 1391(a) as a substantial part of the events or omissions giving rise to this claim occurred in this forum district.

## FACTUAL BACKGROUND

7. On or about March 3, 2005, DMH ordered 5,000 kilograms of ascorbic acid from LATITUDE. DMH'S purchase order 15286 indicates that a certificate of analysis was required on all orders. DMH purchase order 15286 is attached as Exhibit "A."

8. On or about March 7, 2005, LATITUDE provided certificates of analysis for four batches of ascorbic acid; batch numbers 04042028, 04042046, 04042059 and 04065274. Copies of these certificates are attached as Exhibit "B."

9. On or about March 7, 2005, LATITUDE shipped to DMH, 5,000 kilograms of ascorbic acid pursuant to invoice 1166. A copy of LATITUDE'S invoice number 1166 is attached as Exhibit "C."

10. On or about April 13, 2005, DMH shipped to its customer, Golden Gate Beverages Company, Inc. an order which included 330.69 pounds of ascorbic acid. DMH invoice number 18677 identifies the ascorbic acid as coming from lot number 4042059. A copy of DMH invoice number 18677 is attached as Exhibit "D." DMH'S "sold lot number report" also confirms that the 330.69 pounds of ascorbic acid sold to Golden Gate Beverages Company, Inc. pursuant to invoice number 18677 came from lot 4042059. DMH'S "sold lot number report" is attached as Exhibit "E."

11. Golden Gate Beverages Company, Inc. used the purported ascorbic acid from lot

number 4042059 in the course of its normal business and it was later discovered that the product shipped in lot number 4042059 was not ascorbic acid but rather erythorbic acid.

12. At all relevant times, DMH lacked prior knowledge of the true nature of the product represented by LATITUDE to be ascorbic acid based on LATITUDE'S assurances and the certificates of analysis and labeling that stated the product was in fact ascorbic acid.

13. Golden Gate Beverages Company, Inc. filed a lawsuit against DMH in the U.S. District Court for the Eastern District of California ("California Action") alleging that the product purported to be ascorbic acid was in fact erythorbic acid.

14. DMH filed a Third Party Complaint against LATITUDE in the California Action seeking contribution, indemnification, damages for breaches of contract and warranties, but the third party complaint against LATITUDE was dismissed for lack of personal jurisdiction.

15. The California Action ultimately settled with DMH paying Golden Gate Beverages Company, Inc. a settlement sum of $225,000.

## COUNT I
## BREACH OF CONTRACT

16. DMH hereby incorporates the allegations of Paragraphs 1-15 as if fully stated herein.

17. DMH entered into a contract with LATITUDE, as evidenced by purchase order number 15286, the kosher certifications and certificates of analysis dated March 4, 2005 and transfer of lots of ascorbic acid.

18. LATITUDE breached the express terms of the contract by failing to provide DMH with ascorbic acid as specified in the contract, the certificates of analysis and the label on boxes provided by LATITUDE to DMH.

19. DMH relied upon LATITUDE'S express representations that the product being

sold and supplied to DMH was in fact ascorbic acid.

20. As a direct result of LATITUDE's breach of contract in falsely representing its product as being ascorbic acid, and delivering to DMH an alternate substance, DMH has been damaged. DMH in turn sold the product to its customer Golden Gate Beverages Company, Inc. who initiated a lawsuit against DMH for supplying Golden Gate with erythorbic acid rather than ascorbic acid.

21. The lawsuit filed by Golden Gate was ultimately settled with DMH paying Golden Gate Beverages Company, Inc. a settlement sum of $225,000. As a result, DMH has suffered damages as a direct result of LATITUDE's breach of contract in the sum of $225,000.

WHEREFORE, DMH Ingredients, Inc. prays for judgment against LATITUDE, Ltd. in the amount of $225,000, plus interest and costs, and for such other and further relief as the Court may deem proper.

## COUNT II
## BREACH OF EXPRESS WARRANTY

22. DMH incorporates and restates herein all allegations contained herein in paragraphs 1 through 21 above.

23. At all times defendant, LATITUDE, represented and warranted to plaintiff, DMH, that the ascorbic acid complied with the certificates of analysis and labels attached to packages provided to DMH.

24. LATITUDE'S representations as to the aforementioned product were part of the transaction between DMH and LATITUDE.

25. LATITUDE expected DMH to rely on the aforesaid representations and warranties regarding the quality and character of the product and the aforesaid representation and warranties were of the type which a buyer such as DMH, would ordinarily rely.

26.　　LATITUDE did not limit or exclude express warranties by affirmation, promise, description or sample.

27.　　LATITUDE breached its express warranty to sell Plaintiff, DMH, ascorbic acid as promised and DMH was damaged thereby.

28.　　As a direct and proximate foreseeable result of this breach of express warranty by LATITUDE, DMH has suffered damages in the sum of $225,000.

WHEREFORE, DMH Ingredients, Inc. prays for judgment against LATITUDE, Ltd. in an amount of $225,000, plus interests and costs, and for such other and further relief as the Court may deem proper.

## COUNT III
## BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

29.　　DMH incorporates and restates herein all allegations contained herein in paragraphs 1 through 28 above.

30.　　LATITUDE is a merchant with respect to the sale of ascorbic acid.

31.　　LATITUDE, impliedly warranted to plaintiff, DMH, that the product sold to Plaintiff, DMH, conformed with the certificates of analysis and would be fit for the purpose for which such goods are sold and would conform to the promises or affirmations of fact that were part of the transaction between DMH and LATITUDE.

32.　　The implied warranty of merchantability was not limited or excluded by LATITUDE.

33.　　LATITUDE breached the implied warranty of merchantability and DMH has been damaged thereby.

34.　　As a direct and proximate foreseeable result of this breach of implied warranty of merchantability by LATITUDE, DMH has been damaged in an amount of $225,000.

WHEREFORE, DMH Ingredients, Inc. prays for judgment against LATITUDE, Ltd. in an amount of $225,000, plus interest and costs, and for such other and further relief as the Court may deem proper.

**COUNT IV**
**BREACH OF IMPLIED WARRANTY**
**OF FITNESS FOR A PARTICULAR PURPOSE**

35. DMH incorporates and restates herein all allegations contained herein in paragraphs 1 through 34 above.

36. LATITUDE had reason to know the particular purpose for which the product was required by DMH.

37. LATITUDE also had reason to know that DMH was relying on the defendant's skill to furnish suitable ascorbic acid.

38. The implied warranty of fitness for a particular purpose has not been limited or excluded by LATITUDE.

39. LATITUDE breached the implied warranty of fitness for a particular purpose and DMH has been damaged thereby.

40. As a direct and proximate foreseeable result of this breach of the implied warranty of fitness for a particular purpose by LATITUDE, DMH has suffered damages of $225,000.

WHEREFORE, DMH Ingredients, Inc. prays for judgment against LATITUDE, Ltd. in an amount of $225,000, plus interest and costs, and for such other and further relief as the Court may deem proper.

**JURY DEMANDED**

41. DMH Ingredients, Inc. demands a trial by jury.

Dated: August 22, 2008    Respectfully submitted,

DMH Ingredients, Inc.

By: <u>/s/Marcia G. Cotler</u>
    One of its attorneys

Daniel S. Kaplan (ARDC No. 6204533)
dkaplan@kaplangreenswag.com
Marcia G. Cotler (ARDC No. 6201178)
mcotler@kaplangreenswag.com
Kaplan & Greenswag LLC
181 Waukegan Road Suite 205
Northfield, IL 60093
Ph:  (847) 501-5300
Fax: (847) 501-5325

# EXHIBIT A

# PURCHASE ORDER

**DMH Ingredients, Inc.**
1228 American Way
Libertyville, IL 60048
Phone: (847) 362-9977
Fax: (847) 362-9988

**DMH Ingredients INC.**

P.O. Number: 15286
Order Date: 3/3/2005
Vendor: LATIT
Page No.: 1

| Vendor: | LATITUDE | Ship To: | DMH INGREDIENTS, INC. |
|---|---|---|---|
| | 20 CROSSWAYS PARK NORTH | | 1228 AMERICAN WAY |
| | WOODBURY, NY 11797 | | LIBERTYVILLE, IL 60048 |

*941-360-0404*

Phone: 5168024200   Fax: 5168024204

| Order Date | Ship/Delivered/P.U. Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|
| 3/3/2005 | 3/4/2005 | | Delivered | NET 30 |

| Item No / Description | Req Date | Quantity Ordered | U/M | Unit Price | Extended |
|---|---|---|---|---|---|
| ASC-001-25   ASCORBIC ACID | 3/4/2005 | 5,000.0000 | KG | 4.1500 | 20,750.0000 |

MAR 03 2005

**Certificate of Analysis is required on all orders**

Sub-Total: 20,750.0000
Order Total: 20,750.0000

_____
Authorized Signature

# EXHIBIT B

03/07/2005 12:08 FAX 19413600404　　　　　　　　　　　　　　　　　　　　　☑003

## Certificate of Analysis

Product: Ascorbic Acid　　　　　Analysis standard: BP2000/USP24

Batch No.: 04042028　　　　　　Quantity: 1800kgs

Manufacturing Date: APR., 2004　　EXP Date: MAR., 2006

| Item | Analysis Standard | | Result |
|---|---|---|---|
| Characteristics | White crystalline powder | | Pass |
| Identification | Positive Reaction | Positive Reaction | Pass |
| Melting Point | ≈190°C | | 191.0°C |
| pH | 2.1~2.6 | | 2.4 |
| Clarity of Solution | Pass | | Pass |
| Color of Solution | ≤BY$_7$ | | <BY$_7$ |
| Copper Salt | ≤5ppM | | <5ppM |
| Heavy Metal | ≤10ppM | ≤20ppM | <3ppM |
| Ferrite | ≤2ppM | | <2ppM |
| Oxalate | ≤0.2% | | <0.2% |
| Sulfated Ash | ≤0.1% | ≤0.1% | 0.02% |
| Specific Rotation | +20.5°~+21.5° | +20.5°~+21.5° | +21.1° |
| Assay | 99.0~100.5% | 99.0~100.5% | 99.84% |
| Organic Volatile Impurities | Pass | | Pass |

Conclusion: The above product complies with BP2000/USP24

Manufacturer: Weisheng Pharmaceutical(Shijiazhuang)Co., Ltd

维生药业（石家庄）有限公司
WEI SHENG PHARMACEUTICAL
(SHIJIAZHUANG) CO., LTD.
冯振茂
GENERAL MANAGER

03/07/2005 12:08 FAX 19413600404                                                                        ☒004

## Certificate of Analysis

Product: Ascorbic Acid            Analysis standard: BP2000/USP24

Batch No.: 04042046               Quantity: 1800kgs

Manufacturing Date: APR.,2004     EXP Date: MAR.,2006

| Item | Analysis Standard | | Result |
|---|---|---|---|
| Characteristics | White crystalline powder | | Pass |
| Identification | Positive Reaction | Positive Reaction | Pass |
| Melting Point | ≈190°C | | 191.0°C |
| pH | 2.1~2.6 | | 2.4 |
| Clarity of Solution | Pass | | Pass |
| Color of Solution | ≤BY$_7$ | | <BY$_7$ |
| Copper Salt | ≤5ppM | | <5ppM |
| Heavy Metal | ≤10ppM | ≤20ppM | <3ppM |
| Ferrite | ≤2ppM | | <2ppM |
| Oxalate | ≤0.2% | | <0.2% |
| Sulfated Ash | ≤0.1% | ≤0.1% | 0.01% |
| Specific Rotation | +20.5°~+21.5° | +20.5°~+21.5° | +21.1° |
| Assay | 99.0~100.5% | 99.0~100.5% | 99.78% |
| Organic Volatile Impurities | Pass | | Pass |

Conclusion: The above product complies with BP2000/USP24

Manufacturer: Weisheng Pharmaceutical(Shijiazhuang)Co., Ltd

WEI SHENG PHARMACEUTICAL
(SHIJIAZHUANG) CO., LTD.
GENERAL MANAGER

03/07/2005 12:08 FAX 19413600404                                                        ☒002

JUN-25-2004 14:48 FROM:WEISHENG                               ID:7322365670         P.001

# Certificate of Analysis

Product: Ascorbic Acid                Analysis standard: BP2000/USP24
Batch No.: 04042059                   Quantity: 900kgs
Manufacturing Date: APR.,2004         EXP Date: MAY.,2006

| Item | Analysis Standard | | Result |
|---|---|---|---|
| Characteristics | White crystalline powder | | Pass |
| Identification | Positive Reaction | Positive Reaction | Pass |
| Melting Point | ≈190°C | | 191.0°C |
| pH | 2.1~2.6 | | 2.4 |
| Clarity of Solution | Pass | | Pass |
| Color of Solution | ≤BY$_7$ | | <BY$_7$ |
| Copper Salt | ≤5ppM | | <5ppM |
| Heavy Metal | ≤10ppM | ≤20ppM | <3ppM |
| Ferrite | ≤2ppM | | <2ppM |
| Oxalate | ≤0.2% | | <0.2% |
| Sulfated Ash | ≤0.1% | ≤0.1% | 0.01% |
| Specific Rotation | +20.5°~+21.5° | +20.5°~+21.5° | +21.2° |
| Assay | 99.0~100.5% | 99.0~100.5% | 99.78% |
| Organic Volatile Impurities | Pass | | Pass |

Conclusion: The above product complies with BP2000/USP24

Manufacturer: Weisheng Pharmaceutical(Shijiazhuang)Co., Ltd.

WEI SHENG (SHIJIAZHUANG) CO., LTD.
GENERAL MANAGER

03/07/2005 12:08 FAX 19413600404                                                                                                  ☒005

JUN-25-2004 14:49 FROM:WEISHENG                                     TO:7322395670              P.013

## Certificate of Analysis

Product: Ascorbic Acid            Analysis standard: BP2000/USP24

Batch No.: 04065274               Quantity: 1800kgs

Manufacturing Date: JUNE., 2004   EXP Date: MAY., 2006

| Item | Analysis | Standard | Result |
|---|---|---|---|
| Characteristics | White crystalline powder | | Pass |
| Identification | Positive Reaction | Positive Reaction | Pass |
| Melting Point | ≈190°C | | 191.0°C |
| pH | 2.1~2.6 | | 2.4 |
| Clarity of Solution | Pass | | Pass |
| Color of Solution | ≤BY$_7$ | | <BY$_7$ |
| Copper Salt | ≤5ppM | | <5ppM |
| Heavy Metal | ≤10ppM | ≤20ppM | <3ppM |
| Ferrite | ≤2ppM | | <2ppM |
| Oxalate | ≤0.2% | | <0.2% |
| Sulfated Ash | ≤0.1% | ≤0.1% | 0.05% |
| Specific Rotation | +20.5°~+21.5° | +20.5°~+21.5° | +21.2° |
| Assay | 99.0~100.5% | 99.0~100.5% | 99.86% |
| Organic Volatile Impurities | | Pass | Pass |

Conclusion: The above product complies with BP2000/USP24

Manufacturer: Weisheng Pharmaceutical(Shijiazhuang)Co., Ltd



WEI SHENG PHARMACEUTICAL
(SHIJIAZHUANG) CO., LTD.
GENERAL MANAGER

08/07/2005 09:40 FAX
→ JOHNN                                                               ☒002/003

# EXHIBIT C

Latitude, LTD.

20 Crossways Park North
Woodbury, NY 11797

# Invoice

| Date | Invoice # |
|---|---|
| 3/7/2005 | 1166 |

PAID

| Bill To |
|---|
| DMH INGREDIENTS INC.<br>1228 AMERICAN WAY<br>LIBERTYVILLE, IL 60048 |

| Ship To |
|---|
| DMH INGREDIENTS INC.<br>1228 AMERICAN WAY<br>LIBERTYVILLE, IL 60048 |

| S.O. No. | P.O. No. | Terms | Project |
|---|---|---|---|
| 149 | 15286 | NET 30 | |

| Item | Description | Ordered | Prev. Invoiced | Invoiced | Rate | Amount |
|---|---|---|---|---|---|---|
| ASCORBIC | ASCORBIC ACID | 5000 | 0 | 5,000 | 4.15 | 20,750.00 |

PLEASE REMIT TO ABOVE ADDRESS

| | |
|---|---|
| **Total** | $20,750.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $20,750.00 |

# EXHIBIT D

**DMH Ingredients, Inc.**
1228 American Way
Libertyville, IL 60048
Phone: (847) 362-9977
Fax: (847) 362-9988



# Invoice

INVOICE NO.
**18677**
DATE
04/13/05

REMIT PAYMENT TO:
DMH Ingredients, Inc.
1412 Momentum Place
Chicago, IL 60689-5311

BILL TO:
GOLDEN GATE BEVERAGES INC.
P.O. BOX 160608
SACRAMENTO, CA 95816-060

SHIP TO:
GOLDEN GATE BEVEAGE
2660 INDUSTRIAL BLVD.
WEST SACRAMENTO, CA 95691

| SHIP DATE | ORDER NO. | SHIP VIA | FOB | TERMS |
|---|---|---|---|---|
| 4/13/2005 | 23404 | BIG DOG | PREPAID | |
| BUYER | SALES REP | P.O. NO. | CUSTOMER ID | DUE DATE |
| TOM | IRA KOPIN | 4500000134 | GOLDG | |

| ITEM | DESCRIPTION | QTY ORDERED | | QTY SHIPPED | | Unit Price | AMOUNT |
|---|---|---|---|---|---|---|---|
| CITRIC-CH | CITRIC ACID CHINESE | 11,000.00 | LB | 11,000.0000 LB | | 0.58 LB | 6,380.00 |
| SOD-SODBENZ | SODIUM BENZOATE (E.D.F.) | 5,015.37 | LB | 5,015.3700 LB | | 1.35 LB | 6,770.75 |
| ASC-001-25 | ASCORBIC ACID | 330.69 | LB | 330.6900 LB | | 2.75 LB | 909.40 |
| SOD-CITRATE | SODIUM CITRATE-CHINESE | 3,000.00 | LB | 3,000.0000 LB | | 0.65 LB | 1,950.00 |
| PALLET | PALLET | 9.00 | EACH | 9.0000 EAC | | 7.00 EACH | 63.00 |
| | Lot Number | Quantity | Unit | | | | |
| | AX5-0501-146 | 11,000.000 | LB | | | | |
| | 1121840602 | 3,196.670 | LB | | | | |
| | 1121850104 | 1,212.530 | LB | | | | |
| | 1121850104 | 606.170 | LB | | | | |
| | 4042059 | 330.690 | LB | | | | |
| | SX5-0411-010 | 3,000.000 | LB | | | | |

Subtotal: 16,073.15
Freight: 0.00
Total: 16,073.15

# EXHIBIT E

## Sold Lot Number Report

by: Lot Number / Customer

| Item Key | Lot Number | Sold Qty | Return Qty | Cust | Sold Date | Document No | Orig Tran ID |
|---|---|---|---|---|---|---|---|
| ASC-001-25 | 4042059 | 771.6100 | 0.0000 | BERNA | 4/1/2005 | 18615 | 12991  3  1 |
| Lot Number: 4042059 | | 771.6100 | 0.0000 | | | | |
| ASC-001-25 | 4042059 | 275.5700 | 0.0000 | ENREC | 4/6/2005 | 18617 | 13003  2  2 |
| Lot Number: 4042059 | | 275.5700 | 0.0000 | | | | |
| ASC-001-25 | 4042059 | 330.6900 | 0.0000 | GOLDG | 4/13/2005 | 18677 | 13124  5  5 |
| Lot Number: 4042059 | | 330.6900 | 0.0000 | | | | |
| ASC-001-25 | 4042059 | 220.4600 | 0.0000 | NORTH | 4/5/2005 | 18629 | 13015  4  3 |
| Lot Number: 4042059 | | 220.4600 | 0.0000 | | | | |
| ASC-001-25 | 4042059 | 220.4600 | 0.0000 | PINNA | 4/6/2005 | 18619 | 13005  4  2 |
| Lot Number: 4042059 | | 220.4600 | 0.0000 | | | | |
| ASC-001-25 | 4042059 | 110.2300 | 0.0000 | SWANE | 4/27/2005 | 18813 | 13400  5  4 |
| Lot Number: 4042059 | | 110.2300 | 0.0000 | | | | |
| ASC-001-25 | 4042059 | 55.1150 | 0.0000 | UNIVE | 4/12/2005 | 18730 | 13233  1  1 |
| Lot Number: 4042059 | | 55.1150 | 0.0000 | | | | |
| | Report Total: | 1,984.1350 | 0.0000 | | | | |