## United States District Court for the Northern District of Illinois

Case Number: 08CV4804      Assigned/Issued By: DAJ

Judge Name: HOLDERMAN     Designated Magistrate Judge: MASON

### FEE INFORMATION

Amount Due:   [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                   Receipt #: 3043968

Date Payment Rec'd: 08/22/08          Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
        (Type of Writ)

_1_ Original and _0_ copies on _08/22/08_ as to _DEF._
                              (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05