# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

DMH INGREDIENTS, INC., an Illinois corporation,

v.

LATITUDE, LTD., a Delaware corporation.

Case Number: 08 CV 4804

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LATITUDE, LTD

| |
|---|
| NAME (Type or print)<br>VIHAR R. PATEL |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Vihar R. Patel |
| FIRM<br>LAW OFFICES OF DAVID FREYDIN, LTD. |
| STREET ADDRESS<br>4433 W. TOUHY AVE., SUITE 405 |
| CITY/STATE/ZIP<br>LINCOLNWOOD, ILLINOIS 60712 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6276274 | 847 972-6157 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐