IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DMH INGREDIENTS, INC., ) | |
| ) | |
| Plaintiff, ) | No. 08 CV 4804 |
| ) | |
| v. ) | Judge Holderman |
| ) | Magistrate Judge Mason |
| LATITUDE, ) | |
| ) | |
| Defendant. ) | |

### Defendant Latitude's Combined Motion for Extension of Time to Answer or Otherwise Plead and Vihar R. Patel's motion to withdraw as the Attorney of Record

NOW COMES, Latitude, by and through its attorney, David Freydin, and presents its motion to extend the time to Answer or otherwise plead for 28 days, in support thereof he states and alleges as follows:

1. Defendant's previous counsel Vihar R. Patel has left the firm of Law Offices of David Freydin.

2. Mr. Patel was the primary attorney responsible for handling this file. Although he has begun a draft motion to dismiss, in light of his departure from Law Offices of David Freydin he is unable to complete the motion to dismiss.

3. Presently, Defendant Latitude has until October 23, 2008 to files its Answer or otherwise plead. Defendant seeks to extend the time to Answer or otherwise plead to November 21, 2008.

4. Vihar R. Patel also seeks to withdraw from representation of Latitude in light of his departure from Law Offices of David Freydin. Defendant Latitude has no

objections to Mr. Patel's motion to withdraw and will continue to utilize the services of Law Offices of David Freydin in this matter.

5. Plaintiff will not be unfairly prejudiced by the granting of this motion.

WHEREFORE, for the foregoing reasons Defendant Latitude Requests that the court grant its motion for extension of time and perfect the record and granting Vihar R. Patel's motion to withdraw as the attorney of record.

Respectfully Submitted By:

S:/Vihar R. Patel
Vihar R. Patel
Partner
Attorney No. 6276274
VRP Patel Law Group P.C.
4433 W. Touhy Ave., Ste. 405
Lincolnwood, IL 60712
Phone: 847-972-6157
Fax: 866-575-3765