**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division**

DMH Ingredients, Inc.
                Plaintiff,

v.                                  Case No.: 1:08−cv−04804
                                   Honorable James F. Holderman

Latitude, Ltd.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 30, 2008:

      MINUTE entry before the Honorable James F. Holderman:Status hearing held on 10/30/08. Motion hearing held on 10/30/08 regarding defendant's Motion (13) to withdraw the appearance of Vihar R. Patel as counsel for defendant. The motion (13) is granted. Motion terminated. Attorney Vihar R Patel terminated. Defendant will continue to utilize the services of The law offices of David Freydin. Defendant's motion for extension of time to answer plaintiff's complaint is granted. Defendant is given up to and including 11/13/08 in which to file a responsive pleading to the complaint. The case is set for a further status hearing on 11/18/2008 at 09:00 AM.)Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.