IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DMH INGREDIENTS, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 08 CV 4804 |
| v. | ) ) | Judge Holderman |
| LATITUDE, LTD., a Delaware corporation, | ) ) | Magistrate Judge Mason |
| Defendant. | ) | |

## NOTICE OF MOTION

To: Daniel S. Kaplan
Maria G. Cotler
Kaplan & Greenswag LLC
181 Waukegan Road, Suite 205
Northfield, IL 60093

PLEASE TAKE NOTICE that on **November 18, 2008 at 9:00 AM**, or as soon thereafter as counsel may be heard, I shall appear in front of the Honorable Judge Holderman in courtroom **2541** located at the United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present the attached **Motion to Dismiss**, a copy of which is attached hereto and is hereby served upon you.

/s/ Matthew B. Rosenthal

## PROOF OF SERVICE

I certify, under penalties as provided by law pursuant to 735 ILCS 5/1-109, that I served this notice by mailing a copy to the above-listed attorney at the address indicated above by depositing a copy of same in the U.S. Mail in Lincolnwood, Illinois on November 12, 2008, with proper postage prepaid, and that this statement as set forth is true and correct.

/s/ Matthew B. Rosenthal

David Freydin ARDC: 6286192
Matthew B. Rosenthal ARDC: 6279384
Julie DeJong ARDC: 6292681
Law Offices of David Freydin, Ltd.
4433 W. Touhy Ave., Suite 405
Lincolnwood, Illinois 60712
Tel: 847 972-6157

2