# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

DMH Ingredients, Inc.
       Plaintiff,

v.              Case No.: 1:08−cv−04804
              Honorable James F. Holderman

Latitude, Ltd.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 22, 2009:

  MINUTE entry before the Honorable James F. Holderman: Scheduling conference held on 9/22/2009. Defendant shall comply with FRCP(26)(a)(2) by 11/30/2009. Fact Discovery ordered closed by 11/30/2009. Expert Discovery ordered closed by 12/31/2009. Dispositive motions with supporting memoranda due by 1/14/2010; responses due by 1/28/2010. Replies due by 2/11/2010. Final Pretrial Order due by 4/15/2010. Motions in limine with supporting memoranda due by 4/15/2010; responses due by 4/22/2010. Final Pretrial Conference set for 4/28/2010 at 4:00 PM. Jury Trial set for 5/10/2010 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.