IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DMH INGREDIENTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LATITUDE, LTD. <br><br> Defendants. | Case No. 08 CV 4804 <br><br> Judge Holderman <br><br> Magistrate Judge Mason |
| LATITUDE, LTD. <br><br> Third-party Plaintiff, <br><br> v. <br><br> UNITED FOODS CORP. <br><br> Third-party Defendant. | |

## UNITED FOODS' MOTION FOR SUMMARY JUDGMENT

Third Party Defendant United Foods Corporation ("United Foods"), by its attorneys Swanson, Martin & Bell, LLP, moves this Court for an order granting it summary judgment pursuant to Federal Rule of Civil Procedure 56, and in support thereof, submits United Foods' Memorandum of Law In Support of Motion for Summary Judgment, United Foods' Statement of Uncontested Facts, and states as follows:

1.  United Foods entered into a contract with Third Party Plaintiff Latitude, Ltd. ("Latitude") for the sale of 5,000 kg of ascorbic acid that specifically conditioned any claims of product purity or conformity on Latitude or any subsequent purchaser testing the product and advising United Foods within 14 days of receipt of any deficiencies.

2.	Both Latitude and Plaintiff DMH Ingredients, Inc. have admitted that they performed no testing of their own, and the only testing DMH's customer Golden Gate performed was done seven months after the sale, and after Golden Gate had allegedly used the subject ascorbic acid in batches to make orange and lemon soda.

3.	Latitude agreed to the testing requirement in the contract.

4.	Latitude's failure to timely test the product, or alternatively, to require its subsequent purchasers and/or end users to test the product for conformity, defeats Latitude's claims.

5.	Even if Latitude had found the product to be defective or non-conforming within the 14 day period, the contract limits United Foods' liability to the cost of the goods sold, in this case $562.50.

WHEREFORE, United Foods requests that this Court grant summary judgment in its favor and against Latitude on all claims, together with such other and further relief as this Court deems proper.

Respectfully submitted,

By:   /s/ Christopher T. Sheean
One of the Attorneys for United Foods Corporation

Christopher T. Sheean, ARDC #6210018
Nicole M. Young-Kuykendall, ARDC #6294692
Swanson, Martin & Bell LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois  60611
(312) 321-9100
Fax: (312) 321-0990
csheean@smbtrials.com
nkuykendall@smbtrials.com