IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DMH INGREDIENTS, INC., | |
|     Plaintiff, | |
| v. | Case No. 08 CV 4804 |
| LATITUDE, LTD. | Judge Holderman |
|     Defendants. | Magistrate Judge Mason |
| LATITUDE, LTD. | |
|     Third-party Plaintiff, | |
| v. | |
| UNITED FOODS CORP. | |
|     Third-party Defendant. | |

## NOTICE OF MOTION

To:   All Counsel of Record

PLEASE TAKE NOTICE that on October 15, 2009 at 9:00 a.m., we shall appear in front of the Honorable Judge James F. Holderman in Courtroom 2541 in the U.S. District Court for the Northern District of Illinois and present **United Foods Corp.'s Motion for Summary Judgment.**

Respectfully submitted,

United Foods Corporation

By: /s/ Christopher T. Sheean
    One of its Attorneys

Christopher T. Sheean, ARDC #6210018
Nicole M. Young-Kuykendall, ARDC #6294692
Swanson, Martin & Bell LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois  60611
(312) 321-9100

## **CERTIFICATE OF SERVICE**

      I, Christopher T. Sheean, attorney of record, state that copies of **United Foods' Motion for Summary Judgment, United Foods Memorandum of Law In Support of Its Motion for Summary Judgment** and **Statement of Facts In Support of United Foods' Motion for Summary Judgment** were served on all counsel of record via the ECF system for the District Court of the Northern District of Illinois.

                                                        /s/ Christopher T. Sheean
                                                        Christopher T. Sheean