UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division

DMH Ingredients, Inc.
                Plaintiff,

v.                                  Case No.: 1:08−cv−04804
                                  Honorable James F. Holderman

Latitude, Ltd.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 15, 2009:

       MINUTE entry before the Honorable James F. Holderman: Third Party Defendant United Foods' motion for summary judgment[81] is entered and continued to 10/27/2009 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.