MHW

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

In the Matter of: DMH INGREDIENTS, INC. v.            Case Number:   08 CV 4804

LATITUDE, LTD. v. UNITED FOODS CORP.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Latitude, LTD., Defendant and Third-Party Plaintiff

**FILED**
Dec 1, 2009
DEC 0 1 2009  NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| Alan J. Statman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ Alan Statman | |
| FIRM | |
| Statman, Harris & Eyrich, LLC | |
| STREET ADDRESS | |
| 3700 Carew Tower, 441 Vine Street | |
| CITY/STATE/ZIP | |
| Cincinnati, Ohio 45202 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6291302 | (513) 621-2666 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
| RETAINED COUNSEL                APPOINTED COUNSEL | |