MHN

**FILED**

DEC 0 1 2009 NF
Dec 1, 2009 NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DMH INGREDIENTS, INC., an Illinois corporation | ) ) ) |
| Plaintiff, | ) No. 08 CV 4804 |
| v. | ) ) Judge Holderman |
| LATITUDE, LTD., a Delaware corporation | ) ) Magistrate Judge Mason |
| Defendant. | ) ) |
| LATIDUDE, LTD. | ) ) |
| Third-party Plaintiff, | ) ) |
| v. | ) ) |
| UNITED FOOD CORP. | ) ) |
| Third-party Defendant. | ) ) |

### NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT AND THIRD-PARTY PLAINTIFF LATITUDE, LTD.

Now comes Defendant and Third-party Plaintiff Latitude, Ltd., and gives Notice of Substitution of Alan J. Statman, as counsel for Latitude, Ltd. in this matter, in place of Timothy A. Scott, Julie DeJong, David Freydin and the Law Offices of David Freydin. Counsel may be contacted via the information provided below. It is requested that all future filings and correspondence be sent to the attention of Alan J. Statman.

Respectfully submitted,

STATMAN, HARRIS & EYRICH, LLC

*Alan J. Statman*

Alan J. Statman (6291302)
ajstatman@statmanharris.com
3700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Tel: 513-621-2666
Fax: 513-621-4896
*Attorney for Latitude, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served personally upon 2009, this 1st day of December, 2009 upon the following:

Daniel Steven Kaplan
Kaplan & Greenswag LLC
Suite 205
Northfield, IL 60093

Christopher T. Sheean
Nicole M. Young-Kuykendall
Swanson, Martin & Bell LLP
330 N. Wabash Ave., Ste 3300
Chicago, IL 60611

_____
Alan J. Statman (6291302)