# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

DMH Ingredients, Inc.
                       Plaintiff,

v.
                                           Case No.: 1:08−cv−04804
                                           Honorable James F. Holderman

Latitude, Ltd.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 4, 2009:

      MINUTE entry before the Honorable James F. Holderman: Attorney Elie C. Poltorak's motion for leave to appear pro hac vice on behalf of Latitude, Ltd. [97] is granted. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.