IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DMH INGREDIENTS, INC.,<br>An Illinois corporation, | )<br>)<br>) | |
| | ) | Case No. 08 CV 4804 |
| Plaintiff, | )<br>) | Judge Holderman |
| v. | )<br>) | Magistrate Judge Mason |
| LATITUDE, LTD.,<br>A Delaware corporation, | )<br>)<br>) | |
| Defendant. | ) | |
| LATITUDE, LTD. | ) | |
| Third-Party Plaintiff, | )<br>) | FILED<br>Dec 7, 2009<br>DEC - 7 2009 |
| v. | )<br>) | |
| UNITED FOODS CORP. | )<br>) | MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |
| Third-Party Defendant. | ) | |

<u>LATIDUDE, LTD.'S MOTION FOR LEAVE TO FILE ITS REPLY TO
UNITED FOODS' RESPONSE IN OPPOSITION TO
LATITUDE, LTD.'S MOTION TO AMEND RESPONSES
TO REQUESTS TO ADMIT</u>

Defendant and Third-party plaintiff Latitude, Ltd. ("Latitude"), by and through its attorney, Alan J. Statman of the Law Office of Statman, Harris & Eyrich, LLC ("Statman Harris"), hereby moves this Honorable Court for leave to file its Reply to United Foods' Response in Opposition to Latitude's Motion to Amend Responses to Requests to Admit (the "Reply"), and in support states as follows:

1. On November 5, 2009, Latitude filed its Motion to Amend Its Answer and Objections to United Foods Corp.'s Requests to Admit United Foods Corp.'s Response was due on November 23, 2009 and the Reply was due on November 30, 2009.

2. On December 2, 2009, Latitude's former counsel, the Law Office of David Freydin withdrew as counsel.

3. On December 3, 2009, the Notice of Appearance for Statman Harris was entered.

4. Upon its retention, Statman Harris discovered Latitude's former counsel had not filed the Reply.

5. As of the date Statman Harris was retained as counsel for Latitude, the deadline for filing the Reply had passed.

6. Statman Harris's substitution and request for leave to file the Reply are not meant to cause further delay in the proceedings, but to rectify prior mistakes in this matter.

7. Latitude requested the consent of United Foods Corp. to amend the Reply date before filing this Motion. However United Foods Corp. withheld its consent.

WHEREFORE, Latitude respectfully requests this Honorable Court enter an order granting it leave to file its Reply to United Foods' Response in Opposition to Latitude Ltd.'s Motion to Amend Responses to Requests to Admit by December 11, 2009.

Respectfully Submitted,

By: _____
One of the Attorneys for Latitude, Ltd.

Alan J. Statman, ARDC #6291302
ajstatman@statmanharris.com
Statman, Harris & Eyrich, LLC
3700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
(513) 621-2666
(513) 621-4896 (facsimile)