IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
DEC 7, 2009
DEC - 7 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| DMH INGREDIENTS, INC., <br> An Illinois corporation, <br> <br> Plaintiff, <br> <br> v. <br> <br> LATITUDE, LTD., <br> A Delaware corporation, <br> <br> Defendant. | Case No. 08 CV 4804 <br> <br> Judge Holderman <br> <br> Magistrate Judge Mason |
| LATITUDE, LTD. <br> <br> Third-Party Plaintiff, <br> <br> v. <br> <br> UNITED FOODS CORP. <br> <br> Third-Party Defendant. | |

## NOTICE OF MOTION

To:   Daniel S. Kaplan                    Christopher T. Sheean
      Kaplan & Greenswag LLC              Nicole M. Young-Kuykendall
      181 Waukegan Road, Suite 205        Swanson, Martin & Bell LLP
      Northfield, IL 60093                Chicago, IL 60611

PLEASE TAKE NOTICE that on  Dec 22  at 9:00am or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Holderman, sitting in Courtroom 2541 at the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois and shall then and there present **LATIDUDE, LTD.'S MOTION FOR LEAVE TO FILE ITS REPLY TO UNITED FOODS' RESPONSE IN OPPOSITION TO LATITUDE LTD.'S MOTION TO AMEND RESPONSES TO REQUESTS TO ADMIT.**

By: /s/ Alan Statman
One of the Attorneys for Latitude, Ltd.

Alan J. Statman, ARDC #6291302
   ajstatman@statmanharris.com
Statman, Harris & Eyrich, LLC
3700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
(513) 621-2666
(513) 621-4896 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2009, a copy of the foregoing Notice of Motion and Motion were filed. Notice of this motion and Motion will be sent to all parties of record by operation of the Court's CM/ECF system.

By: /s/ Alan Statman
One of the Attorneys for Latitude, Ltd.